**CHRIST LIBERTY FAMILY LIFE CENTER, Plaintiff–Appellant,**

v.

**CITY OF AVONDALE ESTATES, GEORGIA, Defendant– Appellee.**

No. 13–11815.

United States Court of Appeals, Eleventh Circuit.

March 11, 2014.

Andy Robert Norman, John Mauck, J. Lee McCoy, Jr., Noel W. Sterett, Mauck &

---

Baker, LLC, Chicago, IL, David Andrew Cortman, Alliance Defense Fund, Lawrenceville, GA, Kevin Hayden Theriot, Alliance Defense Fund, Leawood, KS, for Plaintiff–Appellant.

Robert E. Wilson, Roslyn S. Mowatt, Stephen Gervaise Quinn, Wilson Morton & Downs, LLC, Decatur, GA, for Defendant–Appellee.

Before WILSON, Circuit Judge, MIDDLEBROOKS * and ALBRITTON **, District Judges.

PER CURIAM:

Christ Liberty Family Life Center appeals the district court's award, pursuant to 42 U.S.C. § 1988, of attorneys' fees and costs. After reviewing and considering the briefs and record, and having had the benefit of oral argument, we conclude that the district court did not abuse its discretion in the award of attorneys' fees and costs. Therefore, the judgment of the district court is

AFFIRMED.